UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:21-CV-00173-FDW

| | |
|---|---|
| MICHAEL ROY KETTERER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI, *Acting Commissioner* ) | |
| *of Social Security*,[1] ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant's Motion to Remand (Doc. No. 12). After considering Defendant's Motion to Remand, and it appearing Plaintiff consents to the Motion, the Court GRANTS the Motion and REMANDS this case to the Commissioner for further administrative action under sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Signed: January 20, 2022

Frank D. Whitney
United States District Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul, as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).